# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**FERNANDO RODRIGUEZ**                                         **PETITIONER**

**VS.**               **CASE NO. 5:11CV00032 JMM**

**RAY HOBBS, Director of the**
**Arkansas Department of Correction**                          **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice.  The relief sought is denied.  The certificate of appealability is denied.

IT IS SO ORDERED this   24   day of   June  , 2011.

_____
UNITED STATES DISTRICT JUDGE